# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Dennis J. Raske and** | ) | Case No. 16-31865 |
| **Renee C. Raske,** | ) | |
| | ) | Hon. Janet S. Baer |
| Joint Debtors. | ) | Hearing Date: January 19, 2018 |
| | ) | Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

To:   See Attached Service List

I, Frank J. Kokoszka, hereby certify that on Thursday, December 28, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on December 28, 2017.

Dated: December 28, 2017                                                              Respectfully submitted,


                                                                                    By: /s/ *Frank J. Kokoszka*
                                                                                          Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

**Service List**

AMITA Health Adventist Medical Center
PO Box 9246
Oak Brook IL 60522

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Nationstar Mortgage LLC
PO Box 619094
Dallas, Texas 75261-9741

Wells Fargo Bank N A
Wells Fargo Education Financial Services
301 E 58th Street N
Sioux Falls SD 57104

NAVIENT SOLUTIONS,INC
P.O. BOX 9640
WILKES-BARRE, PA 18773-9640

Bank of America, N.A.
c/o Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Navient PC Trust and Navient CFC
c/o Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Steven C Lindberg on behalf of Creditor
NATIONSTAR MORTGAGE LLC
bankruptcy@fallaw.com

Gregory J Martucci on behalf of Debtors
Dennis J. Raske and Renee Raske
greg@martuccilaw.com

Nisha B Parikh on behalf of Creditor
NATIONSTAR MORTGAGE LLC
bankruptcy@fal-illinois.com

Crystal V Sava on behalf of Creditor
NATIONSTAR MORTGAGE LLC
ccaceres@alolawgroup.com
bankruptcy@alolawgroup.com

Tyler Scarborough on behalf of Creditor
Ditech Financial LLC
tyler.scarborough@ditech.com