UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Dennis J. Raske | § | Case No. 16-31865 |
| Renee C. Raske | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 315,978.00<br>*(Without deducting any secured claims)* | Assets Exempt: 182,601.00 |
| Total Distributions to Claimants: 13,073.68 | Claims Discharged<br>Without Payment: 639,636.92 |
| Total Expenses of Administration: 2,365.72 | |

   3) Total gross receipts of $ 15,439.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,439.40 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,365.72 | 2,365.72 | 2,365.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 374,441.00 | 450,502.60 | 450,502.60 | 13,073.68 |
| **TOTAL DISBURSEMENTS** | $ 374,441.00 | $ 452,868.32 | $ 452,868.32 | $ 15,439.40 |

4) This case was originally filed under chapter on 10/05/2016 , and it was converted to chapter 7 on 01/20/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2018         By: /s/Frank J. Kokoszka, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | 15,439.40 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,439.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 2,293.94 | 2,293.94 | 2,293.94 |
| Frank J. Kokoszka | 2200-000 | NA | 15.19 | 15.19 | 15.19 |
| BOK Financial | 2600-000 | NA | 56.59 | 56.59 | 56.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,365.72 | $ 2,365.72 | $ 2,365.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P.O. Box 15019 Wilmington, DE 19886 | | 24,851.00 | NA | NA | 0.00 |
| | BBY/CBNA, P.O. Box 15521 Sioux Falls, SD 57117 | | 263.00 | NA | NA | 0.00 |
| | Blitt & Gaines, P.C., 661 Glenn Ave. Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Central Credit Services, 20 Corporate Hill Dr. Saint Charles, MO 63301 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank, P.O. Box 15298 Wilmington, DE 19850 | | 8,770.00 | NA | NA | 0.00 |
| | Chase Bank, P.O. Box 15298 Wilmington, DE 19850 | | 31,260.00 | NA | NA | 0.00 |
| | Chase Bank, P.O. Box 15298 Wilmington, DE 19850 | | 29,169.00 | NA | NA | 0.00 |
| | Firstsource Advantage, LLC, 205 Bryant Woods South Amherst, NY 14228 | | 0.00 | NA | NA | 0.00 |
| | GC Services Limited Partnership, 6330 Gulfton Houston, TX 77081 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 15,876.00 | NA | NA | 0.00 |
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 3,045.00 | NA | NA | 0.00 |
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 14,495.00 | NA | NA | 0.00 |
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 19,165.00 | NA | NA | 0.00 |
| | Navient, P.O. Box 9500 Wilkes Barre, PA 18773 | | 9,028.00 | NA | NA | 0.00 |
| | Sears, P.O. Box 818017 Cleveland, OH 44181 | | 764.00 | NA | NA | 0.00 |
| | US Dept. of Education, 2401 International P.O. Box 7859 Madison, WI 53704 | | 43,635.00 | NA | NA | 0.00 |
| | US Dept. of Education, 2401 International P.O. Box 7859 Madison, WI 53704 | | 1,887.00 | NA | NA | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 1,779.00 | 1,779.72 | 1,779.72 | 51.65 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Amita Health Adventist Medical Center | 7100-000 | NA | 1,669.95 | 1,669.95 | 48.46 |
| 15 | Navient Cfc C/O | 7100-000 | NA | 7,123.24 | 7,123.24 | 206.72 |
| 16 | Navient Cfc C/O | 7100-000 | NA | 3,373.01 | 3,373.01 | 97.89 |
| 14 | Navient Pc Trust C/O | 7100-000 | NA | 21,250.11 | 21,250.11 | 616.68 |
| 17 | Navient Pc Trust C/O | 7100-000 | NA | 16,543.39 | 16,543.39 | 480.09 |
| 18 | Navient Pc Trust C/O | 7100-000 | NA | 35,746.11 | 35,746.11 | 1,037.36 |
| 19 | Navient Pc Trust C/O | 7100-000 | NA | 26,866.11 | 26,866.11 | 779.66 |
| 20 | Navient Pc Trust C/O | 7100-000 | NA | 15,896.04 | 15,896.04 | 461.31 |
| 21 | Navient Pc Trust C/O | 7100-000 | NA | 47,432.75 | 47,432.75 | 1,376.51 |
| 22 | Navient Solutions, Llc. | 7100-000 | NA | 6,440.32 | 6,440.32 | 186.89 |
| 10 | Navient Solutions,Inc | 7100-000 | NA | 20,230.05 | 20,230.05 | 587.08 |
| 11 | Navient Solutions,Inc | 7100-000 | NA | 6,763.85 | 6,763.85 | 196.29 |
| 12 | Navient Solutions,Inc | 7100-000 | NA | 3,210.06 | 3,210.06 | 93.16 |
| 5 | Navient Solutions,Inc | 7100-000 | 32,597.00 | 34,202.97 | 34,202.97 | 992.58 |
| 6 | Navient Solutions,Inc | 7100-000 | NA | 25,703.89 | 25,703.89 | 745.93 |
| 7 | Navient Solutions,Inc | 7100-000 | NA | 15,209.80 | 15,209.80 | 441.39 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Navient Solutions,Inc | 7100-000 | 43,272.00 | 45,246.99 | 45,246.99 | 1,313.08 |
| 9 | Navient Solutions,Inc | 7100-000 | NA | 16,198.79 | 16,198.79 | 470.09 |
| 4 | Wells Fargo Bank N A | 7100-000 | 15,141.00 | 15,141.55 | 15,141.55 | 439.41 |
| 13 | Bank Of America, N.A. | 7100-001 | 79,444.00 | 84,473.90 | 84,473.90 | 2,451.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 374,441.00 | $ 450,502.60 | $ 450,502.60 | $ 13,073.68 |

Case 16-31865   Doc 60   Filed 06/25/18   Entered 06/25/18 14:06:42   Desc Main
          Document     Page 9 of 15

Page: 1

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-31865 JSB | Judge: Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|
| Case Name: | Dennis J. Raske | | Date Filed (f) or Converted (c): | 01/20/2017 (c) |
| | Renee C. Raske | | 341(a) Meeting Date: | 02/28/2017 |
| For Period Ending: | 06/19/2018 | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 162 Cambridge Lane Bloomingdale Il 60108-0000 Dupage | 290,100.00 | 0.00 | | 0.00 | FA |
| 2. 1985 Mazda Rx 7 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 1996 Lexus 400 Ls Mileage: 180,000 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. 2006 Lexus Ls 430 Mileage: 187,000 | 5,500.00 | 0.00 | | 0.00 | FA |
| 5. 1991 Catalina Sloop 36' Sailboat Needs Numerous Expensive R | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. One Old Computer | 90.00 | 0.00 | | 0.00 | FA |
| 8. Xbox | 20.00 | 0.00 | | 0.00 | FA |
| 9. 5 Old Televisions | 100.00 | 0.00 | | 0.00 | FA |
| 10. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 11. Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 12. Watch | 60.00 | 0.00 | | 0.00 | FA |
| 13. Gold Necklace | 125.00 | 0.00 | | 0.00 | FA |
| 14. Books, Pictures, Cds + Dvds | 80.00 | 0.00 | | 0.00 | FA |
| 15. 35 Year Old Short Silver Blue Fox Fur Coat | 200.00 | 0.00 | | 0.00 | FA |
| 16. 30 Year Old Blush Mink Fur Coat | 300.00 | 0.00 | | 0.00 | FA |
| 17. Chase Bank Bloomingdale, Il #9704 | 112.00 | 0.00 | | 0.00 | FA |
| 18. Chase Bank Bloomingdale, Il #5969 | 50.00 | 0.00 | | 0.00 | FA |
| 19. Chase Bank Bloomingdale, Il #4091 | 122.00 | 0.00 | | 0.00 | FA |
| 20. Chase Bank Bloomingdale, Il #6682 | 392.00 | 0.00 | | 0.00 | FA |
| 21. Chase Bank Bloomingdale, Il #8215 | 75.00 | 0.00 | | 0.00 | FA |
| 22. Chase Bank Bloomingdale, Il #2895 | 110.00 | 0.00 | | 0.00 | FA |
| 23. Ameritrade Account Invest.Ameritrade.Com Xxxx-2185 | 174,301.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-31865 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Dennis J. Raske | | | | Date Filed (f) or Converted (c): | 01/20/2017 (c) |
| | Renee C. Raske | | | | 341(a) Meeting Date: | 02/28/2017 |
| For Period Ending: | 06/19/2018 | | | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Met Life Term Policy - 0 Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 25. Provident Life & Accident Insurance Co. P.O. Box 749045 Dall | 1,942.00 | 0.00 | | 0.00 | FA |
| 26. Tax Refund (u) | 0.00 | 15,439.00 | | 15,439.40 | FA |
| Pro-rata portion of Debtor's tax refund (Petition Date-10/05/2016). Total Refund was $20,315.00. Debtors voluntarily turned over to Trustee the total amount of $15,439.00 (Tax Intercept letter was sent to IRS; however, Debtors recived the total refund by direct deposit). | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $498,579.00 | $15,439.00 | | $15,439.40 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtors voluntarily turnover tax refund to the Trustee.
Trustee is waiting for bar date to pass but reviewing claims already filed.

All Funds collected. Trustee intends to file 1 claim objection before preparing TFR. - Frank J. Kokoszka 10/26/2017

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 02/28/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-31865 | | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Dennis J. Raske | | Bank Name: | BOK Financial |
| | Renee C. Raske | | Account Number/CD#: | XXXXXX0267 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7795 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/19/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/17 | 26 | Dennis & Renee Raske<br>162 Cambridge Lane<br>Bloomingdale, Il. 60108 | Tax Refund | 1124-000 | $15,439.40 | | $15,439.40 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.77 | $15,428.63 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.93 | $15,405.70 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.89 | $15,382.81 |
| 01/22/18 | 101 | Frank J. Kokoszka | Distribution | | | $2,309.13 | $13,073.68 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($2,293.94) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($15.19) | 2200-000 | | | |
| 01/22/18 | 102 | Amita Health Adventist Medical Center<br>Po Box 9246<br>Oak Brook Il 60522 | Final distribution to claim 1 representing a payment of 2.90 % per court order. | 7100-000 | | $48.46 | $13,025.22 |
| 01/22/18 | 103 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 2 representing a payment of 2.90 % per court order. | 7100-000 | | $51.65 | $12,973.57 |
| 01/22/18 | 104 | Wells Fargo Bank N A<br>Wells Fargo Education Financial Services<br>301 E 58Th Street N<br>Sioux Falls Sd 57104 | Final distribution to claim 4 representing a payment of 2.90 % per court order. | 7100-000 | | $439.41 | $12,534.16 |
| 01/22/18 | 105 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 5 representing a payment of 2.90 % per court order. | 7100-000 | | $992.58 | $11,541.58 |
| 01/22/18 | 106 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 6 representing a payment of 2.90 % per court order. | 7100-000 | | $745.93 | $10,795.65 |
| | | | Page Subtotals: | | $15,439.40 | $4,643.75 | |

UST Form 101-7-TDR (10/1/2010)   *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-31865 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Dennis J. Raske | Bank Name: BOK Financial |
| Renee C. Raske | Account Number/CD#: XXXXXX0267 |
| | Checking |
| Taxpayer ID No: XX-XXX7795 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/18 | 107 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 7 representing a payment of 2.90 % per court order. | 7100-000 | | $441.39 | $10,354.26 |
| 01/22/18 | 108 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 8 representing a payment of 2.90 % per court order. | 7100-000 | | $1,313.08 | $9,041.18 |
| 01/22/18 | 109 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 9 representing a payment of 2.90 % per court order. | 7100-000 | | $470.09 | $8,571.09 |
| 01/22/18 | 110 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 10 representing a payment of 2.90 % per court order. | 7100-000 | | $587.08 | $7,984.01 |
| 01/22/18 | 111 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 11 representing a payment of 2.90 % per court order. | 7100-000 | | $196.29 | $7,787.72 |
| 01/22/18 | 112 | Navient Solutions,Inc<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 12 representing a payment of 2.90 % per court order. | 7100-000 | | $93.16 | $7,694.56 |
| 01/22/18 | 113 | Bank Of America, N.A.<br>C/O Ditech Financial Llc<br>Po Box 6154<br>Rapid City, Sd 57709-6154 | Final distribution to claim 13 representing a payment of 2.90 % per court order. | 7100-000 | | $2,451.45 | $5,243.11 |
| 01/22/18 | 114 | Navient Pc Trust C/O<br>Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 14 representing a payment of 2.90 % per court order. | 7100-000 | | $616.68 | $4,626.43 |
| 01/22/18 | 115 | Navient Cfc C/O<br>Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 15 representing a payment of 2.90 % per court order. | 7100-000 | | $206.72 | $4,419.71 |
| 01/22/18 | 116 | Navient Cfc C/O<br>Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 16 representing a payment of 2.90 % per court order. | 7100-000 | | $97.89 | $4,321.82 |
| 01/22/18 | 117 | Navient Pc Trust C/O<br>Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 17 representing a payment of 2.90 % per court order. | 7100-000 | | $480.09 | $3,841.73 |

Page Subtotals: $0.00    $6,953.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-31865 | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- |
| Case Name: | Dennis J. Raske | Bank Name: | BOK Financial |
| | Renee C. Raske | Account Number/CD#: | XXXXXX0267 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7795 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/19/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/18 | 118 | Navient Pc Trust C/O Navient Solutions, Llc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 18 representing a payment of 2.90 % per court order. | 7100-000 | | $1,037.36 | $2,804.37 |
| 01/22/18 | 119 | Navient Pc Trust C/O Navient Solutions, Llc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 19 representing a payment of 2.90 % per court order. | 7100-000 | | $779.66 | $2,024.71 |
| 01/22/18 | 120 | Navient Pc Trust C/O Navient Solutions, Llc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 20 representing a payment of 2.90 % per court order. | 7100-000 | | $461.31 | $1,563.40 |
| 01/22/18 | 121 | Navient Pc Trust C/O Navient Solutions, Llc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 21 representing a payment of 2.90 % per court order. | 7100-000 | | $1,376.51 | $186.89 |
| 01/22/18 | 122 | Navient Solutions, Llc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Final distribution to claim 22 representing a payment of 2.90 % per court order. | 7100-000 | | $186.89 | $0.00 |
| 03/12/18 | | DiTech Financial LLC Accounts Payable Department 345 St. Peter Street, L602 St. Paul, MN 55102 | Return of Funds From Creditor DiTech informs that they have sold the loan to Bank of America. Claim was filed in the name of Bank of America but no transfer of claim | 7100-000 | | ($2,451.45) | $2,451.45 |
| 04/25/18 | 123 | Clerk of the U.S. Bankruptcy Court for the Northern District 219 South Dearborn Street 7th Floor Chicago, IL. 60604 | Remit to Court Unclaimed Funds Distribution sent to Bank of America, N.A., c/o Ditech Financial, per Proof of Claim #13. Payment returned by Ditech stating that the loan was sold to Bank of America. No transfer of claim, amendment or change of address was filed. | 7100-001 | | $2,451.45 | $0.00 |

| | COLUMN TOTALS | $15,439.40 | $15,439.40 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Page Subtotals: | $0.00 | $3,841.73 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Case 16-31865   Doc 60   Filed 06/25/18   Entered 06/25/18 14:06:42   Desc Main
              Document       Page 14 of 15

| | | |
|---|---:|---:|
| Subtotal | $15,439.40 | $15,439.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,439.40 | $15,439.40 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0267 - Checking | $15,439.40 | $15,439.40 | $0.00 |
|  | $15,439.40 | $15,439.40 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,439.40 |
| Total Gross Receipts: | $15,439.40 |